

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00428-CV

**FIFTY-ONE THOUSAND ONE HUNDRED AND TWENTY-FOUR DOLLARS** in US
Currency, et al.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-658-A
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for a new trial. It is ORDERED that Graciano Garcia, Jr. recover his costs of this appeal from appellee The State of Texas.

SIGNED April 24, 2019.

_____
Rebeca C. Martinez, Justice